| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Mesa Oil, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aircraft Service International**<br>**11110 Queensburg Street**<br>**Denver, CO 80249** | | **Business Debt** | | | | **$107,111.50** |
| **James R Campbell**<br>**6323 E Maplewood Drive**<br>**Littleton, CO 80123** | | **Business Debt** | | | | **$28,361.98** |
| **Montgomery & Andrews, PA**<br>**PO Box 2307**<br>**Santa Fe, NM 87504-2307** | | **Business Debt** | | | | **$26,373.90** |
| **Girsh & Rottman, PC**<br>**6000 East Evans Ave, Suite 1-211**<br>**Denver, CO 80222** | | **Business Debt** | | | | **$24,594.30** |
| **Fleetcor**<br>**PO Box 923928**<br>**Norcross, GA 30010-3928** | | **Business Debt** | | | | **$22,500.00** |
| **State of New Mexico Environmental Dept Hazardous Waste Bureau**<br>**2905 Rodeo Park Drive East, Building 1**<br>**Santa Fe, NM 87505** | | **Business Debt** | | | | **$21,000.00** |
| **Transwest Trucks Den**<br>**PO Box 335**<br>**Brighton, CO 80601** | | **Repairs on vehicles** | **Disputed** | | | **$19,577.20** |

Debtor **Mesa Oil, Inc.**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mountain States Contracting, Inc.**  4001 S 34th Stret  Phoenix, AZ 85040 | | Business Debt | | | | $15,373.11 |
| **Teletrac Inc**  Dept LA 23726  Pasadena, CA 91185-3726 | | Business Debt | Disputed | | | $15,100.41 |
| **United Healthcare**  Department CH 10151  Palatine, IL 60055-0151 | | Business Debt | | | | $12,604.24 |
| **Rio Energy**  5718 Westheimer Rd, Suite 1806  Houston, TX 77057 | | Business Debt | | | | $10,564.71 |
| **Bender Environmental Consulting, Inc.**  1929 E Myrna Lane  Tempe, AZ 85284 | | Business Debt | Disputed | | | $10,281.20 |
| **Belfor Environmental**  c/o Borenstein & Associates, LLC  7200 S Alton Way B180  Englewood, CO 80112 | | Business Debt | | | | $7,426.17 |
| **Merriam Law**  1625 Broadway # 770  Denver, CO 80202 | | Business Debt | | | | $4,653.50 |
| **Duffy Crane & Hauling, Inc.**  10180 Brighton Rd  Henderson, CO 80640 | | Business Debt | | | | $4,499.92 |
| **Wolf, Slatkin & Madison**  44 Cook Street, Suite 701  Denver, CO 80206 | | Business Debt | | | | $3,717.50 |
| **Conant Law Firm, PLC**  2398 E Camelback Road  Phoenix, AZ 85016 | | Business Debt | | | | $2,915.00 |

Debtor **Mesa Oil, Inc.**     Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Neighborhood Nerds LLC**<br>**1650 Rosemary Street**<br>**Denver, CO 80220** | | **Business Debt** | | | | $2,800.00 |
| **Colorado Fluids, LLC**<br>**2251 Coronado Pkwy N, Suite C**<br>**Thornton, CO 80229** | | **Business Debt** | | | | $2,489.75 |
| **J Edward Hollington**<br>**708 Marquette Avenue NW**<br>**Albuquerque, NM 87102-2035** | | **Business Debt** | | | | $2,349.73 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy