## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MESA OIL, INC. | ) | |
| d/b/a Mesa Environmental | ) | |
| | ) | Case No. 17-14004-EEB |
| | ) | |
| EIN:   85-0295589 | ) | |
| | ) | |
| Debtor. | ) | |

### AMENDMENT TO AMENDED PLAN OF REORGANIZATION
### DATED OCTOBER 25, 2017

The Debtor, Mesa Oil, Inc. ("Debtor") by and through its attorneys, Kutner Brinen, P.C., submits its amendment to its Amended Plan of Reorganization Dated October 25, 2017 as follows:

1. Paragraph 4.2.1 is amended to read as follows:

4.2 - The Allowed Claims of a type specified in Section 507(a)(8) of the Code, Tax Claims of governmental taxing authorities, shall be treated as follows:

4.2.1 – The Internal Revenue Service ("IRS") holds a priority claim separate from its Class 2 Secured Claim.  The IRS's priority claim shall be paid in monthly payments on an amortized basis over a period that does not exceed five years from the Petition Date with interest at the applicable statutory rate beginning in the first full month following the Effective Date of the Plan.

Dated: March 6, 2018.                       Respectfully submitted,

By:   _/s/ Keri L. Riley_
        Jeffrey S. Brinen, #20565
        Keri L. Riley, #47605

**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80364
Telephone: (303) 832-2400
Facsimile: (303) 832-1510
E-Mail: klr@kutnerlaw.com

## CERTIFICATE OF SERVICE

The undersigned further certifies that on March 6, 2018, I served by CM/ECF and/or prepaid first class mail a copy of the **AMENDMENT TO AMENDED PLAN OF REORGANIZATION DATED OCTOBER 25, 2017** in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on all interested parties the movant mailed the foregoing to the following addresses:

Roger K. Adams, Esq.
4200 E. 8th Ave., Ste. 101
Denver, CO 80220

Ross A. Hoogerhyde, Esq.
1300 Broadway, 8th Floor
Denver, CO 80203

Scott K. Brown, II, Esq.
201 E. Washington St., Ste. 1200
Phoenix, AZ 85004

Robert Lantz, Esq.
999 18th St.
South Tower, Ste., S1500
Denver, CO 80202

Peter J. Lucas, Esq.
1624 Market St.
Ste. 310
Denver, CO 80202

Erin C. Nave, Esq.
Nathan G Osborn, Esq.
5445 DTC Parkway, Suite 800
Greenwood Village, CO 80111

Aaron J. Conrardy, Esq.
1660 Lincoln St.
Ste. 2200
Denver, CO 80264

Paul Moss, Esq.
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294

Matthew A. Silverman, Esq.
1275 W. Washington St.
Phoenix, AZ 85007

*s/Angela R. Upton*
Angela R. Upton