UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                      )
                                            )
MESA OIL, INC.                              )
d/b/a Mesa Environmental                    )
                                            )   Case No. 17-14004-EEB
                                            )
EIN:   85-0295589                           )
                                            )
       Debtor.                              )

**SECOND AMENDMENT TO AMENDED PLAN OF REORGANIZATION
DATED OCTOBER 25, 2017**

The Debtor, Mesa Oil, Inc. ("Debtor") by and through its attorneys, Kutner Brinen, P.C., submits its amendment to its Amended Plan of Reorganization Dated October 25, 2017 as follows:

1. Paragraph 11.3 is amended to read as follows:

11.3 - **Satisfaction of Claims.** The Debtor shall receive a discharge on the Effective Date of the Plan pursuant to Section 1141(d). Confirmation of the Plan shall constitute a modification of any note or obligation for which specification and treatment is provided under the Plan as set forth in the Plan. Any obligation or note, previously in default, so modified, shall be cured as modified as of the Effective Date. This provision shall be operable regardless of whether the Plan provides for any obligation to be evidenced by a rewritten loan or security document following confirmation of the Plan. During the time period from the Confirmation Date through the Discharge Date, no creditor affected by the Plan shall have the right to pursue any claims, either in Bankruptcy Court or State Court, except for any remedies as a result of the Debtor's breach of the Plan. This provision neither expands nor detracts the jurisdiction of the Bankruptcy Court conferred under the Bankruptcy Code.

11.3.1 – **Environmental Protection Agency ("EPA") Orders.** Nothing contained in paragraph 11.3 shall be construed as a discharge of any obligations under the EPA's Administrative Order dated March 3, 2017 ("EPA Order") related to the Debtor's facility located in Belen, New Mexico ("New Mexico Facility"). The Debtor

shall take such action as necessary to come into compliance with any remaining outstanding requirements of the EPA Order no later than six (6) months following the Effective Date of the Plan. No later than three (3) months following the Effective Date of the Plan, the Debtor shall send a status report detailing any and all actions undertaken to bring the New Mexico Facility into compliance with the EPA ORDER. Status reports shall be sent via email and regular mail to: Rusty Herbert (herbert.rusty@epa.gov), USEPA Region 6 Laboratory, Houston Branch, USEPA Region 6 Laboratory, Houston Branch, 10625 Fallstone Road, *Mail Code:* 6RC-EW, Houston, TX 77099; Robert Houston (Houston.Robert@epa.gov), Chief Special Projects (NEPA & Stormwater), 1445 Ross Avenue, Suite 1200 (6EN-WS), Dallas , TX 75202-2733. Debtor's compliance with the EPA Order is in addition to maintaining its compliance with its Stormwater Permit No. NMR05B151**.**

To the extent the Debtor disputes any finding by the EPA, the Debtor reserves its right to exercise any administrative or judicial remedies it may have under applicable law in the United States District Court for New Mexico.

2. Paragraph 11.2 is amended to read as follows:

11.2 **Retention of Jurisdiction**. Notwithstanding confirmation of the Plan, the Court shall retain jurisdiction for the following purposes:

[. . .]

8. To close the case after the Plan becomes effective and reopen the case upon request by a party in interest to allow such party to move for dismissal or conversion of the Debtor's case to a case under Chapter 7 of the Bankruptcy Code at any time prior to completion of the term of the Plan; and

9. Enter a Discharge and Final Decree

3. Paragraph 6.3 is amended to read as follows:

**6.3 – New Mexico Taxation & Revenue Department.** The Class 4 Secured Claim consists of the Allowed Secured Claim held by the New Mexico Taxation and Revenue Department ("NMTRD") secured by a statutory lien on the Debtor's assets located in the State of New Mexico. The Class 4 Secured Claim is impaired by this Plan. The Class 4 Claim will be treated under the Plan as follows:

[. . .]

(d) The holder of the Class 4 Claim shall receive equal monthly installments of principal and interest such that the Class 4 Claim shall be paid in full within five (5) years of the Petition Date with statutory interest. The payment on account of the Class 4 Claim shall be subject to annual review and adjustment on the anniversary of the Effective Date of the Plan to ensure compliance with the payment term of the Plan.

Dated: April 17, 2018.  Respectfully submitted,

By: */s/ Keri L. Riley*
Jeffrey S. Brinen, #20565
Keri L. Riley, #47605
**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80364
Telephone: (303) 832-2400
Facsimile: (303) 832-1510
E-Mail: klr@kutnerlaw.com