UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MESA OIL, INC. ) | |
| d/b/a Mesa Environmental ) | |
| ) | Case No. 17-14004-EEB |
| ) | |
| EIN:   85-0295589 ) | |
| ) | |
| Debtor. ) | |

**THIRD AMENDMENT TO AMENDED PLAN OF REORGANIZATION
DATED OCTOBER 25, 2017**

The Debtor, Mesa Oil, Inc. ("Debtor") by and through its attorneys, Kutner Brinen, P.C., submits its amendment to its Amended Plan of Reorganization Dated October 25, 2017 as follows:

1. Paragraph 7.1 is amended to read as follows:

7.1 – Class 9 consists of those unsecured creditors of the Debtor who hold Allowed Claims.  After the Effective Date of the Plan, Class 9 Claimants shall receive a pro-rata distribution of monthly payments in an amount sufficient to pay Class 9 Claims in full with interest at a rate of **5.9%** per annum over five (5) years following the Effective Date of the Plan.  Distributions shall begin on the last day of the first full month following the Effective Date of the Plan.

   a. At any time following the Effective Date of the Plan, the Debtor may buy out or prepay the Class 9 claims by paying the remaining principal balance due on each Class 9 claim.  Once the pre-payment is made, no further payments shall be due to Class 9.

   b. Prior to the Effective Date of the Plan, the Debtor shall obtain an agreement from Lawrence Meers to agree to waive distribution on account of his Class 9 Claim until all other Class 9 Claimants are paid in full as set forth above.

Dated: May 24, 2018.   Respectfully submitted,

By: */s/ Keri L. Riley*
Jeffrey S. Brinen, #20565
Keri L. Riley, #47605

**KUTNER BRINEN, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80364
Telephone: (303) 832-2400
Facsimile: (303) 832-1510
E-Mail: klr@kutnerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MESA OIL, INC. ) | |
| d/b/a Mesa Environmental ) | |
| ) | Case No. 17-14004-EEB |
| ) | |
| EIN:  85-0295589 ) | |
| ) | |
| Debtor. ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on **May 24, 2018**, a copy of the **THIRD AMENDMENT TO AMENDED PLAN OF REORGANIZATION DATED OCTOBER 25, 2017** was served by U.S. Regular Mail in accordance with FED. R. BANKR. P. 2002 on the following parties below:

Meredith P. Van Horn
4430 South Adams County Pkwy
Ste. C5000B
Brighton, CO 80601

Matthew A. Silverman
2005 North Central Avenue
Phoenix, AZ 85004

Roger K. Adams
4200 E. 8th Ave.
Ste. 101
Denver, CO 80220

Ross A. Hoogerhyde
1300 Broadway
8th Floor
Denver, CO 80203

Scott K. Brown, II
201 E. Washington St.
Ste. 1200
Phoenix, AZ 85004

J. Benedict Garcia
1801 California St.
Ste. 1600
Denver, CO 80202

Robert Lantz
999 18th St.
South Tower
Ste. S1500
Denver, CO 80202

Peter J. Lucas
1624 Market St.
Ste. 310
Denver, CO 80202

Erin C. Nave
5445 DTC Pkwy., Ste. 800
Greenwood Village, CO 80111

Nathan G Osborn
5445 DTC Parkway
Ste. 800
Greenwood Village, CO 80111

Paul Moss
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294

Leo M. Weiss
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294

Aaron J. Conrardy
2580 W. Main Street
Ste. 200
Littleton, CO 80120

Joseph W. Janecky
PO Box 351284
Westminster, CO 80035

Arizona Department of Revenue
1600 W. Monroe St.
Phoenix, AZ 85007

*s/Charlotte Frost*
*Charlotte Frost*