**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 17-14004 EEB |
| MESA OIL, INC. ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**NOTICE OF WITHDRAWAL OF OBJECTIONS TO DEBTOR'S AMENDED PLAN OF REORGANIZATION DATED OCTOBER 25, 2017, AS AMENDED**

Creditor Vertex Refining LA, LLC (the "Vertex"), through its counsel Wadsworth Warner Conrardy, P.C., hereby withdraws its *Objections to Debtor's Amended Plan of Reorganization Dated October 25, 2017, as Amended* (the "Objection") (Docket No. 302), and in support thereof states as follows:

1. On January 16, 2018, the debtor Mesa Oil, Inc. (the "Debtor") filed its *Amended Plan of Reorganization Dated October 25, 2017* (the "Plan") (Docket No. 237). Debtor subsequently filed three amendments to the Plan (Docket Nos. 276, 299 and 326). The third amendment satisfies Vertex's Objection.

2. Accordingly, Vertex hereby withdraws the Objection and supports confirmation of the Plan, as amended.

WHEREFORE, Vertex respectfully requests that the Court deem the Objection as withdrawn, confirm the Plan as amended and grant such other and further relief as deemed proper.

Dated this 24th day of May, 2018.

Respectfully submitted,

WADSWORTH WARNER CONRARDY, P.C.

*/s/ Aaron J. Conrardy*
Aaron J. Conrardy, #40030
2580 West Main Street, Suite 200
Littleton, Colorado 80120
(303) 296-1999 /Fax: (303) 296-7600
aconrardy@wwc-legal.com
Attorneys for Vertex Refining LA, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that on 24th day of May, 2018, I served by prepaid first class mail, or electronically through CM/ECF where indicated, a copy of the **NOTICE OF WITHDRAWAL OF OBJECTIONS TO DEBTOR'S AMENDED PLAN OF REORGANIZATION DATED OCTOBER 25, 2017, AS AMENDED on** all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

Mesa Oil, Inc.
6395 E. 80th Ave.
Commerce City, CO 80022

Jeffrey S. Brinen
jsb@kutnerlaw.com,

Erin C. Nave
enave@montgomerylittle.com

Ross A. Hoogerhyde
ross.hoogerhyde@coag.gov

Harry L. Simon
hsimon@hlsimonlaw.com

Matthew A. Silverman
matthew.silverman@azag.gov

Nathan G. Osborn
nosborn@montgomerylittle.com

J. Benedict Garcia
J.B.Garcia@usdoj.gov

Robert Lantz
rlantz@cp2law.com

Paul Moss
Paul.Moss@usdoj.gov

Peter J. Lucas
lucasp@appellucas.com

Scott K. Brown
sbrown@lrrc.com

Keri L. Riley
klf@kutnerlaw.com

Meredith P. Van Horn mvanhorn@adcogov.org

Roger K. Adams
RogerKAdams@RKA-Law.com

*/s/ Sarai Galvan*
For Wadsworth Warner Conrardy, P.C.

2