UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
)
MESA OIL, INC. )
d/b/a Mesa Environmental )
) Case No. 17-14004-EEB
)
EIN:   85-0295589 )
)
Debtor. )

**ORDER CONFIRMING DEBTOR'S AMENDED PLAN OF REORGANIZATION
DATED OCTOBER 25, 2017**

The Debtor's Amended Plan of Reorganization dated October 25, 2017 as further amended on March 6, 2018, April 17, 2018 and May 24, 2018 ("Plan") under Chapter 11 of the Bankruptcy Code filed by Mesa Oil, Inc. ("Debtor") having come before the Court for confirmation, the Court having reviewed the file including the Declaration of Lawrence Meers In Support of Confirmation of Amended Plan of Reorganization Dated October 25, 2017 finds and Orders as follows:

1. That the Debtor has complied with all applicable provisions of Chapter 11 of the Bankruptcy Code, the Plan meets the requirements of Sections 1122 and 1123 of the Bankruptcy Code, and the Debtor has complied with Section 1125 of the Bankruptcy Code.

2. The provisions of Chapter 11 of the Bankruptcy Code have been complied with, in that the Plan has been proposed in good faith and not by any means forbidden by law.

3. That all insiders involved in the Debtor's post-confirmation activities are disclosed in the Disclosure Statement along with their relationship to the Debtor.

4. That there exists no governmental regulatory commission having jurisdiction over the Debtor on setting rates and fees.

5. That each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtor was liquidated under Chapter 7 of the Code.

6. That all payments made or promised by the Debtor under the Plan or by any other person for services or costs and expenses in or in connection with the Plan or incident to the case has been fully disclosed to the Court and is reasonable or if to be fixed after confirmation of the Plan will be subject to approval of the Court.

7. That all attorneys' fees incurred pre-confirmation shall be subject to Court approval as to reasonableness pursuant to the applicable provisions of the Bankruptcy Code.

       8.    That the Debtor has filed an <u>Amended</u> Summary of Voting Results which provides that at least one impaired class of claims has accepted the Plan, determined without including any acceptance of the Plan by an insider.

       9.    That confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor.

      10.    That on the Effective Date of the Plan all property of the estate shall revest in the Debtor free and clear of all liens except those specifically set forth in the Plan or as otherwise provided in the Plan.

      11.    The Debtor shall receive a discharge on the Effective Date of the Plan pursuant to Section 1141(d). Confirmation of the Plan and the occurrence of the Effective Date of the Plan shall constitute a modification of any note or obligation for which specification and treatment is provided under the Plan as set forth in the Plan. Any obligation or note, previously in default, so modified, shall be cured as modified as of the Effective Date. This provision shall be operable regardless of whether the Plan provides for any obligation to be evidenced by a rewritten loan or security document following confirmation of the Plan.

      12.    That the fourteen-day stay provided in Fed. R. Bankr. P. 3020(e) shall not apply, and this Order shall be in immediate force and effect.

      IT IS HEREBY ORDERED

      That the Debtor's Amended Plan of Reorganization Dated October 25, 2017, as further amended on March 6, 2018, April 17, 2018 and May 24, 2018, filed by the Debtor is hereby CONFIRMED.

      DONE and entered this 1st day of June, 2018 at Denver, Colorado.

BY THE COURT:

_/s/ Elizabeth E. Brown_

Honorable Elizabeth E. Brown
United States Bankruptcy Court Judge