# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE TENTH CIRCUIT

---

| | |
|---|---|
| In re MESA OIL, INC., dba MESA ENVIRONMENTAL,<br><br>Debtor.<br>_____<br><br>MESA OIL, INC., dba MESA ENVIRONMENTAL,<br><br>Appellant,<br><br>v.<br><br>PENINSULA HOLDINGS, LLC,<br><br>Appellee. | BAP No. CO-18-014<br><br><br><br>Bankr. No. 17-14004<br>Chapter 11<br><br><br><br><br>ORDER DISMISSING APPEAL |

---

Before Chief Judge, **NUGENT, MICHAEL,** and **SOMERS**, Bankruptcy Judges.

---

The matter before the Court is the *Joint Motion to Vacate Oral Argument and Voluntarily Dismiss Appeal* filed by the parties on November 5, 2018 [BAP ECF No. 34] (the "Voluntary Dismissal Agreement"). The Voluntary Dismissal Agreement is signed by both parties and specifies how costs are to be paid. Fed. R. Bankr. P. 8023. Accordingly, it is hereby ordered that:

1. The appeal is DISMISSED;

2. The mandate shall issue without delay.

For the Panel

*Blaine F. Bates*

Blaine F. Bates
Clerk of Court